UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WILLIAM LEONARD PICKARD,<br><br>        Plaintiff,<br>   v.<br>DEPARTMENT OF JUSTICE,<br><br>        Defendant.<br>_____/ | No. C 10-05253 LB<br><br>**ORDER STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF No. 26] FROM RECORD** |

On March 17, 2011, *pro se* Plaintiff William Pickard filed a first amended complaint. FAC, ECF No. 20. As a result, the court dismissed Defendant Department of Justice's pending motion to dismiss as moot and instructed it to direct any new motion to dismiss at Mr. Pickard's first amended complaint. 3/18/11 Order, ECF No. 21. The Department of Justice filed a motion to dismiss Mr. Pickard's first amended complaint on March 25, 2011. Motion to Dismiss, ECF No. 23. On April 11, 2011, Mr. Pickard filed a second amended complaint. SAC, ECF No. 26.

Under Federal Rule of Civil Procedure 15(a)(1), a plaintiff may amend his complaint *once* as a matter of course within 21 days of serving the original complaint or, "if the pleading is one to which a responsive pleading is required, . . . 21 days after service of a motion under Rule 12(b), (e), or (f)." A plaintiff can only file subsequent amendments with the opposing party's written consent or with the court's permission. Fed. R. Civ. P. 15(a)(2). Mr. Pickard already filed a first amended complaint once as a matter of course. FAC, ECF No. 20. Therefore, in order to file a second amended complaint, Mr. Pickard must get the Department of Justice's written permission or the

1  court's permission.  In this case, Mr. Pickard did not get the Department of Justice's permission or
2  the court's permission to file a second amended complaint.  Accordingly, the court **HEREBY**
3  **STRIKES** docket entry number 26, Mr. Pickard's second amended complaint, from the record.
4     **IT IS SO ORDERED.**
5  Dated: April 12, 2011

                                                    _____
6                                                    LAUREL BEELER
                                                  United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**