UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| WILLIAM LEONARD PICKARD, | No. C 10-05253 LB |
| Plaintiff, | **ORDER REQUESTING ADDITIONAL BRIEFING FROM THE GOVERNMENT REGARDING TRANSFER OF THE CASE TO THE DISTRICT OF ARIZONA** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

On June 15, 2011,[1] Plaintiff William Pickard filed a motion for reconsideration asking the court to reconsider its June 7, 2011 order transferring this case to the Eastern District of Virginia. Motion for Reconsideration, ECF No. 39.[2] In the alternative, Mr. Pickard requests that the court transfer the case to the District of Arizona or certify its ruling for interlocutory appeal. *Id.* Pursuant to Civil Local Rule 7-9(d), the court orders the government to submit a brief response indicating its position

---

[1] Under the "mailbox rule," a document filed by a *pro se* prisoner is deemed "filed" on the date the prisoner gives the document to prison officials to be mailed to the court. *See, e.g., Houston v. Lack*, 487 U.S. 286, 270-71 (1988) (notice of appeal); *Stillman v. Lamarque*, 319 F.3d 1199, 1201 (9th Cir. 2003) (state habeas petition). Mr. Pickard's proof of service indicates that he mailed his motion on June 15, 2011. ECF No. 39-1 at 2. Therefore, Mr. Pickard filed his motion for reconsideration on June 15, 2011.

[2] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 10-05253 LB
ORDER RE SUPPLEMENTAL BRIEFING

1  on Mr. Pickard's request to transfer the case to the District of Arizona. The government shall submit
2  this response no later than July 1, 2011.
3  **IT IS SO ORDERED.**
4  Dated: June 29, 2011

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California

C 10-05253 LB
ORDER RE SUPPLEMENTAL BRIEFING

2